# NO. 12-14-00329-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: TARRANT REGIONAL WATER DISTRICT, A WATER CONTROL AND IMPROVEMENT DISTRICT, RELATOR* | § § § | *ORIGINAL PROCEEDING* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Tarrant Regional Water District filed this original mandamus proceeding complaining of the trial court's October 17, 2014 order declining to appoint special commissioners in the underlying condemnation proceeding.  On February 11, 2015, this Court conditionally granted Tarrant's petition and directed Respondent to vacate his October 17, 2014 order and issue an order appointing three special commissioners.  Respondent has now complied with this Court's opinion and order, rendering this proceeding moot.  Accordingly, we ***dismiss*** Tarrant's petition for writ of mandamus as ***moot***.

Opinion delivered February 27, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 27, 2015**

**NO. 12-14-00329-CV**

**TARRANT REGIONAL WATER DISTRICT,**
**A WATER CONTROL AND IMPROVEMENT DISTRICT,**
Relator
V.
**HON. JOE D. CLAYTON,**
Respondent

Appeal from the 3rd District Court

of Henderson County, Texas (Tr.Ct.No. 2014C-0144)

ON THIS DAY came to be heard the petition for writ of mandamus filed by **TARRANT REGIONAL WATER DISTRICT, A WATER CONTROL AND IMPROVEMENT DISTRICT**; who is the relator in Cause No. 2014C-0144, pending on the docket of the 3rd Judicial District Court of Henderson County, Texas. Said petition for writ of mandamus having been filed herein on November 10, 2014, and the same having been duly considered, because it is the opinion of this Court that this original proceeding should be dismissed as moot, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*